## In re SAMUEL B., et al.

Supreme Judicial Court of Maine.

Argued June 4, 1986.

Decided June 6, 1986.

James E. Tierney, Atty. Gen., Leigh Ingalls Saufley (orally), Asst. Atty. Gen., Augusta, Richard M. Dostie, guardian ad litem, for the State.

Harmon, Jones & Sanford, John J. Sanford (orally), Camden, for Susan B.

Calderwood, Ingraham & Gibbons, Paul Gibbons (orally), Camden, for Douglas B.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, VIOLETTE, GLASSMAN, and SCOLNIK, JJ.

### MEMORANDUM OF DECISION

The mother and father of Samuel B. and three other children appeal the order of the District Court (Belfast) terminating their parental rights pursuant to 22 M.R.S.A. § 4055(1)(B)(2) (Supp.1985). On the sole issue presented on appeal, we conclude that the District Court's findings are rationally supported by clear and convincing evidence of record. *See In re Chesley B.,* 499 A.2d 137, 138–39 (Me.1985).

The entry is:

Judgment affirmed.

All concurring.

## Robert W. WARING

v.

## GREATER PORTLAND PUBLIC DEVELOPMENT COMMISSION.

Supreme Judicial Court of Maine.

Argued June 10, 1986.

Decided June 18, 1986.

Lowry & Platt, Donald G. Lowry (orally), Portland, for plaintiff.

Hewes, Douglas, Whiting & Quinn, Samuel Rudman (orally), Portland, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, GLASSMAN, and SCOLNIK, JJ.

### MEMORANDUM OF DECISION

The defendant, Greater Portland Public Development Commission [GPPDC], appeals from the denial of its motion to set aside an entry of default and the resulting default judgment of the Superior Court (Cumberland County) entered in favor of the plaintiff, Robert W. Waring. On appeal GPPDC challenges the denial of its motion to set aside entry of default pursuant to Rule 55(c) of the Maine Rules of Civil Procedure. Because the record does not demonstrate either a good excuse for the failure to answer prior to entry of default or a meritorious defense to the action, we affirm the judgment. *See Michaud v. Mutual Fire, Marine & Inland Ins. Co.,* 505 A.2d 786, 790–91 (Me.1986).

The entry is:

Judgment affirmed.

All concurring.